IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| VERYL RAY JEFFERSON, | ) | |
|---|---|---|
| | ) | |
| Plaintiff, | ) | 8:16CV35 |
| | ) | |
| V. | ) | |
| | ) | |
| VLCEK J OLGA, and OJ'S MEXICAN RESTAURANT, | ) | ORDER |
| | ) | |
| Defendants. | ) | |

Plaintiff has submitted a motion to proceed in forma pauperis ([filing 2](filing 2)). After reviewing the request, I shall waive payment of fees and grant Plaintiff leave to proceed in forma pauperis.

The Clerk of Court shall file the original complaint and the accompanying pleadings without the prepayment of costs or fees.

**IT IS SO ORDERED.**

**DATED January 25, 2016.**

BY THE COURT:

S/ F.A. Gossett
**United States Magistrate Judge**