IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **VERYL JEFFERSON,** | ) | CASE NO. 8:16CV35 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| **OLGA J. VLCEK, TR.,** | ) | |
| **OJ'S MEXICAN RESTAURANT, and** | ) | |
| **DOES 1-5, Inclusive,** | ) | |
| | ) | |
| Defendants. | ) | |

This matter is before the Court on the Motion to Dismiss Parties (Filing No. 22) submitted by Plaintiff Veryl Jefferson ("Jefferson"). Jefferson seeks to dismiss Does 1-5 inclusive, noting that no such parties have been identified or served.

Accordingly,

IT IS ORDERED:

1. Plaintiff's Motion to Dismiss Parties (Filing No. 22) is granted;

2. Does 1-5 Inclusive are dismissed from this action; and

3. The Clerk will remove Does 1-5 from the case caption.

DATED this 23rd day of September, 2016.

BY THE COURT:

s/Laurie Smith Camp
Chief United States District Judge